United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-10069-mdc
Felecia N Harcum                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2           Date Rcvd: Nov 18, 2016
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
```
db           +Felecia N Harcum,    4065 Ford Road,    Philadelphia, PA 19131-2833
13220307    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P.O. Box 85520,    Richmond, VA 23285)
13237716     +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13315786      ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13230048     +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
               ATTN: BANKRUPTCY UNIT
13374751     +Sadek and Cooper,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13220310      U S Dept Of Ed/Gsl/Atl,    P.O. Box 4222,    Iowa City, IA 52244
13480151     +U.S. Bank National Association, (Trustee for the P,    211 North Front Street,
               Harrisburg, Pennsylvania 17101-1406
13220311     +Verizon,    500 Technology Drive,    Suite 30,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Nov 19 2016 02:30:54     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2016 02:29:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2016 02:30:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 02:23:19     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13277614      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2016 02:42:59
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13335026      E-mail/Text: bankruptcy@phila.gov Nov 19 2016 02:30:54     City of Philadelphia,
               Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13220308     +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 02:22:39     GE Money Bank,    P.O. Box 965005,
               Orlando, FL 32896-5005
13220309     +E-mail/Text: blegal@phfa.org Nov 19 2016 02:29:45     PA Housing Finance Agency,
               211 N Front St,    Harrisburg, PA 17101-1406
13294441      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2016 02:42:04
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13374754      E-mail/Text: blegal@phfa.org Nov 19 2016 02:29:45     Pennsylvania Housing Finance Agency,
               P.O. Box 15057,    Harrisburg, PA 17105-5057
13224258      E-mail/PDF: rmscedi@recoverycorp.com Nov 19 2016 02:24:01
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13339393      E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2016 02:22:39     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 12
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Nov 18, 2016
                              Form ID: pdf900           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
                agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Felecia N Harcum brad@sadeklaw.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
                lhaller@pkh.com,   dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FELECIA N HARCUM                    Chapter 13

            Debtor            Bankruptcy No. 14-10069-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this __17th__ day of __November__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
FELECIA N HARCUM

4065 FORD ROAD

PHILADELPHIA, PA 19131